JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRED BRODISH, an individual,<br><br>                Plaintiff,<br><br>   v.<br><br>NEW ELECTRIC FRESNO LLC, a Michigan limited liability company, SPARK POWER GROUP INC., a Canadian corporation, SPARK POWER (USA) CORP., a Delaware corporation, and DOES 1 through 50, inclusive,<br><br>                Defendants. | **Case No. 2:21-cv-02945-RGK (ADSx)**<br><br>[~~PROPOSED~~] **ORDER OF DISMISSAL OF ACTION WITH PREJUDICE** |

The Court, having read and considered the parties' Joint Stipulation of Dismissal of Action with Prejudice, hereby orders that the above-styled action is dismissed <u>with</u> prejudice. All claims are dismissed with prejudice. The Court shall retain jurisdiction to enforce the written settlement agreement entered into between the parties. All parties shall bear their own respective attorneys' fees and costs.

SO ORDERED.

Dated: October 25, 2021

                                               *Gary Klausner*
                                               _____
                                               Hon. R. Gary Klausner
                                               United States District Judge